IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Loretta

Printed: 11/27/07

Case Number: 07 B 02603
Judge: Hollis, Pamela S
Filed: 2/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2007
Confirmed: April 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,825.00 |  |
| Secured: |  | 1,102.14 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 624.30 |
| Trustee Fee: |  | 98.56 |
| Other Funds: |  | 0.00 |
| Totals: | 1,825.00 | 1,825.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Konstantine T Sparagis | Administrative | 2,424.00 | 624.30 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 8,922.01 | 700.92 |
| 6. | General Motors Acceptance Corp | Secured | 5,340.26 | 349.80 |
| 7. | Great American Finance Company | Secured | 1,262.82 | 51.42 |
| 8. | Ocwen Loan Servicing LLC | Secured | 8,028.91 | 0.00 |
| 9. | CitiFinancial | Secured | 1,500.00 | 0.00 |
| 10. | Ocwen Loan Servicing LLC | Secured | 10,375.00 | 0.00 |
| 11. | American General Finance | Unsecured | 1,104.22 | 0.00 |
| 12. | Great American Finance Company | Unsecured | 0.00 | 0.00 |
| 13. | Wells Fargo Financial Bank | Unsecured | 1,309.40 | 0.00 |
| 14. | Capital One | Unsecured | 5,169.92 | 0.00 |
| 15. | Capital One | Unsecured | 492.80 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 16,409.10 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 889.35 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 2,494.52 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 1,962.91 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 693.64 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 479.75 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 68,858.61 | $ 1,726.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Loretta

Printed: 11/27/07

Case Number: 07 B 02603
Judge: Hollis, Pamela S
Filed: 2/14/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 98.56 |
| | _____ |
| | $ 98.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_